# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

            v.          Civil No. 09-30005-001

BOBBY LYNN SPRINGSTON                                            DEFENDANT

## O R D E R

Now on this 2nd day of October, 2012, the Court takes notice that this matter has been remanded for consideration of defendant's contention that delegation of authority to the Attorney General to issue regulations governing the Sex Offender Registration and Notification Act violates the non-delegation doctrine.

This issue, among others, was raised by defendant's Motion To Dismiss Indictment, and subsequently denied by the Court. Between that time and this, the Supreme Court handed down its decision in **Reynolds v. U.S.**, **132 S.Ct. 975 (2012),** which altered the legal analysis of the issue significantly. Rather than adverting to the briefs filed before **Reynolds**, the Court believes the better plan is for both parties to file new briefs focused on the single issue remanded to this Court. The following briefing schedule will apply:

Defendant's initial brief is due 28 days from the date of this Order.

Plaintiff's response is due 14 days after defendant's brief

is filed.

Defendant shall have seven days after plaintiff's response to file a reply brief.

**IT IS SO ORDERED.**

_/s/ Jimm Larry Hendren_
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**